No. 567. WHITEHALL *v.* RAGEN, WARDEN. January 14, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 568. CONN *v.* ILLINOIS. January 14, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 569. RAWLS *v.* ILLINOIS. January 14, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 570. SPATES *v.* HEINZE, WARDEN. January 14, 1946. Petition for writ of certiorari to the Supreme Court of California denied.

No. 574. MAZY *v.* RAGEN, WARDEN. January 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Francis S. Clamitz* for petitioner. *George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 575. NEW YORK EX REL. MONTAGNO *v.* MORHOUS, WARDEN. January 14, 1946. Petition for writ of certiorari to the Court of Appeals of New York denied.

No. 583. LEVANOWICZ *v.* RAGEN, WARDEN. January 14, 1946. Petition for writ of certiorari to the Criminal Court, Cook County, Illinois, denied.